ADAM WANG (STATE BAR NO. 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone:   (408) 292-1040
Facsimile:   (408) 292-1045

**E-filed 8/29/07**

Attorneys for Plaintiffs
RUBEN GARCIA

Erin L. McDermit/Bar No. 241167
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Law Corporation
Two Palo Alto Square, Suite 500, 3000 EI Camino Real
Palo Alto, California 94306-2117
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Defendants
BOBBI'S COFFEE SHOP, MARY A. MIJARAK,
& SALLY A. CARPENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBEN GARCIA,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>BOBBI'S COFFEE SHOP, MARY A. MIJARAK, SALLY A. CARPENTER & DOES 1 TO 10,<br><br>　　　　Defendants | Case No. C06-07910 JF<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff Ruben Garcia and Defendants Bobbi's Coffee Shop, Mary A. Mijarak, & Sally A. Carpenter, through their respective counsel, stipulate as follows:

1.　　Parties have fully resolved their disputes and entered into a settlement agreement.

Garcia, et al. v. Bobbi's Coffee Shop, et al. Case No. C06-07910 TEH
STIPULATION OF DISMISSAL

Page 1

1      2.    As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

    3.    As part of settlement agreement, parties stipulate and request that the Court retain jurisdiction for the purpose of enforcing parties' settlement agreement.

Dated: August 23, 2007                DAL BON & WANG
                                            ADAM WANG

                                      By:  /s/ Adam Wang
                                          Attorney for Plaintiff
                                                Ruben Garcia

Dated: August 23, 2007                JEFFERY SNYDER

                                      By:  /s/ Jeffery Snyder
                                          Attorney for Defendants
                                          BOBBI'S COFFEE SHOP, MARY A.
                                          MIJARAK, SALLY A. CARPENTER

_____
[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: August 27, 2007                _____
                                          JEREMY FOGEL
                                          US District Judge